No. 103. EMPIRE GAS & FUEL CO. ET AL. *v.* SAUNDERS ET AL.

Argued January 8, 1929. Decided January 14, 1929. *Per Curiam:* The Court finds that the writ of certiorari heretofore issued in this case was improvidently granted, and it is dismissed. *Messrs. David B. Trammel, J. W. Finley*, and *Warren T. Spies* submitted for petitioners. *Mr. Charles C. Cook*, with whom *Mr. S. D. Stennis, Jr.*, was on the brief, for the respondents.

No. 105. EASTERN AND WESTERN LUMBER CO. ET AL. *v.* PATTERSON, GOVERNOR, ET AL.; and

No. 194. EASTERN AND WESTERN LUMBER CO. ET AL. *v.* PATTERSON, GOVERNOR, ET AL.

Argued January 8, 1929. Decided January 14, 1929. *Per Curiam:* Affirmed on the authority of *Wisconsin & Michigan Ry. v. Powers*, 191 U. S. 379, 385. *Mr. James G. Wilson*, with whom *Messrs John F. Reilly* and *James B. Kerr* were on the brief, for plaintiffs in error in No. 105. *Mr. James G. Wilson* for appellants in No. 194. *Mr. Willis S. Moore*, with whom *Mr. I. H. Van Winkle* was on the brief, for defendants in error and appellees.